1 Robert A. Mautino
2 Mautino & Mautino
California State Bar No. 54071
3 1059 10th Avenue
San Diego, CA 92101
4 Telephone: (619) 235-9177
5 E-mail: bob@mautino.org

FILED
08 MAY 23 PM 1:13
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ECL    DEPUTY

6
7 Attorney for Plaintiff

8                   UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10 Gerardo Enrique Gonzalez Flores,    )
                                       )  No.
11        Plaintiff                    )
                                       )     '08 CV 0921 J RBB
12                                     )
       -vs-                            )  COMPLAINT FOR REVIEW OF
13                                     )  NATURALIZATION APPLICATION,
   Michael Chertoff, Secretary, Emilio )  8 U.S.C. 1447(b)
14 Gonzalez, Director, Paul Pierre,    )
   District Director, Department of    )
15 Homeland Security and Michael       )
16 B. Mukasey, Attorney General,       )
                                       )
17        Defendants                   )

18
    Plaintiff, by his attorney, complaining of Defendants alleges as follows:
19
    1. Plaintiff is a citizen of Mexico who resides within the jurisdiction of
20
21 this Court. Plaintiff's claim to relief arises under 8 U.S.C. 1421 et seq.

22  2. Defendant Michael Chertoff is the Secretary of the Department of
23
   Homeland Security (DHS). Emilio Gonzalez is the Director of the bureau
24
   of Citizenship and Immigration Services (CIS) of the DHS, Paul Pierre is the
25
   District Director of the San Diego District of the CIS, and Michael B. Mukasey is
26
27 the Attorney General of the United States. All Defendants are sued herein in their

28

official capacities. Defendants are in charge of the processing and adjudication of applications for naturalization.

3. The Court has jurisdiction of this action pursuant to 8 U.S.C. 1447(b), 8 U.S.C. 1421(c) and 5 U.S.C. 701 et seq., and relief is requested pursuant to said statutes and to 28 U.S.C. 2201.

4. The Plaintiff filed an application for naturalization with the Defendants on or about December 21, 2004. Thereafter, at some point unknown to present counsel, the Plaintiff was examined on his application for naturalization by Defendants' agent in San Diego, California. Thereafter, on April 24, 2006, he was examined a second time by Defendants' agent Ricardo Valdez (DAO) who informed the Plaintiff that further review of his application was necessary. Later inquiries to the agency only elicited the information that further review was necessary.

5. Plaintiff's application for naturalization was filed on the basis of his honorable military service in the United States Army from October 10, 1975 to October 10, 1978. Therefore, he is eligible for naturalization under 8 U.S.C. 1440. There are, admittedly, some identity problems in the case, but these have been disclosed to the agency, and the agency has had plenty of time to conduct whatever investigations may be necessary.

6. As of the present time, the Defendants have not made any decision on the Plaintiff's application for naturalization even though it has been pending for almost three and one-half years.

7. The failure of Defendants to make a decision on Plaintiff's application for naturalization within 120 days of the date of his examination allows Plaintiff to seek

the assistance of the Court under 8 U.S.C. 1447(b).

WHEREFORE, Plaintiff prays:

That the Court will take jurisdiction of his application for naturalization, and

That the Court will render a decision on his application, and

That the Court will award such other and further relief as to this Court may seem reasonable and proper.

Dated: 05/23/2008

Robert A. Mautino
Mautino and Mautino
Attorney for Plaintiff
bob@mautino.org

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Gerardo Enrique Gonzalez Flores

**DEFENDANTS**
Michael Chertoff, Secretary, et al.

08 MAY 23 PM 1:15
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

(b) County of Residence of First Listed Plaintiff: San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant:
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Mautino & Mautino
1059 10th Ave., San Diego, CA 92101
(619) 235-9177

Attorneys (If Known)
'08 CV 0921 J RBB

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | **LABOR** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Mgmt. Relations | **SOCIAL SECURITY** |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 861 HIA (1395ff) / ☐ 875 Customer Challenge 12 USC 3410 |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) / ☒ 890 Other Statutory Actions |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 864 SSID Title XVI / ☐ 891 Agricultural Acts |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 865 RSI (405(g)) / ☐ 892 Economic Stabilization Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| | | | | ☐ 950 Constitutionality of State Statutes |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
8 U.S.C. 1447(b); 1421 et seq.
Brief description of cause: Review of application for naturalization

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 05/23/2008
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # 151230  AMOUNT $350  APPLYING IFP  JUDGE  MAG. JUDGE
05/23/08

CR

```
          UNITED STATES
          DISTRICT COURT
      SOUTHERN DISTRICT OF CALIFORNIA
            SAN DIEGO DIVISION

      #  151230      -  MB
      * * C O P Y * *
          May 23, 2008
            13:17:12


         Civ Fil Non-Pris
   USAO #.: 08CV0921 CIVIL FILING
   Judge..: NAPOLEON A JONES, JR
   Amount.:              $350.00 CK
   Check#.: BC10809



      Total->   $350.00



   FROM: GERARDO ENRIQUE GONZALEZ
         FLORES VS MICHAEL CHERTOFF, ET
         AL
```