Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED

08 MAY 23 PM 1:17

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

Gerardo Enrique Gonzalez Flores

vs

Michael Chertoff, Secretary, Emilio
Gonzalez, Director, Paul Pierre,
District Director, Department of
Homeland Security and Michael B.
Mukasey, Attorney General

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 0921 J RBB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

    Robert A. Mautino
    Mautino and Mautino
    1059  10th Avenue
    San Diego, CA 92101

    (619) 235-9177

An answer to the complaint which is herewith served upon you, within ___60___ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

5/23/08

DATE

By _____ , Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)