KAREN P. HEWITT
United States Attorney
MEGAN CALLAN
Assistant U.S. Attorney
California State Bar No. 230329
U.S. Attorney's Office
880 Front Street, Room 6293
San Diego, 92101-8893
Telephone: (619) 557-7120
Facsimile: (619) 557-5004
E-mail: Megan.Callan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO ENRIQUE GONZALEZ FLORES,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of the U.S. Citizenship and Immigration Services; PAUL PIERRE, District Director of the San Diego District of U.S. Citizenship and Immigration Services; and MICHAEL MUKASEY, Attorney General, U.S. Department of Justice,<br><br>        Defendants. | Case No. 08cv0921-W (RBB)<br><br>JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION |

COME NOW THE PARTIES, Plaintiff Gerardo Enrique Gonzalez Flores, by and through his counsel, Robert A. Mautino, and Michael Chertoff, et al., by and through their counsel, Karen P. Hewitt, United States Attorney, and Megan Callan, Assistant United States Attorney, and hereby jointly move the Court to continue the early neutral evaluation conference (the "ENE") that is currently set for August 11, 2008 at 8:30a.m. until **Thursday, September 25, 2008 at 10:30a.m.**

The parties have met and conferred. Defendant U.S. Citizenship & Immigration Services requested additional administrative information from Plaintiff, and Plaintiff requested and obtained an extension of time in order to provide the requested information. Also, Plaintiff's counsel is out of the

1  district and unavailable from September 15-23, 2008 and from September 26-27, 2008. The parties have
2  agreed that ongoing efforts are required before an ENE could be productive and that the currently
3  scheduled ENE should be continued. The parties together called the Chambers of the Honorable Ruben
4  B. Brooks and notified Chambers of their intent to request continuance until late September 2008. The
5  parties request that the ENE be rescheduled for Septberm 25, 2008 at 10:30a.m. or on such date after
6  September 23, 2008 as the Court orders. The parties have not previously requested any continuance.

8  Based upon the foregoing, the parties hereby jointly request that the Court enter an order
9  continuing the ENE until **September 25, 2008 at 10:30 a.m.**

10  DATED: August 4, 2008                s/ Robert A. Mautino
                                         Attorney for Plaintiff
11                                       E-Mail: bob@mautino.org

13  Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures
   of the United States District Court for the Southern District of California, I certify that the content of
14  this document is acceptable to counsel for the Plaintiff and that I have obtained authorization from
   Robert A. Mautino to affix his electronic signature to this document.

17  DATED: August 4, 2008                KAREN P. HEWITT
                                         United States Attorney

                                         SAMUEL W. BETTWY
19                                       Assistant U.S. Attorney

20                                       s/ Megan Callan
                                         MEGAN CALLAN
21                                       Assistant U. S. Attorney
                                         E-Mail: Megan.Callan@usdoj.gov

                                         Attorneys for Defendants

```
 1  KAREN P. HEWITT
    United States Attorney
 2  MEGAN CALLAN
    Assistant U.S. Attorney
 3  California State Bar No. 230329
    United States Attorney's Office
 4  Federal Office Building
    880 Front Street, Room 6293
 5  San Diego, California 92101-8893
    Telephone: (619) 557-7120
 6  Email: Megan.Callan@usdoj.gov

 7  Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO ENRIQUE GONZALEZ FLORES, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; et al., <br><br> Defendants. | Case No. 08cv0921-W (RBB) <br><br><br> PROOF OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of: JOINT MOTION TO CONTINUE ENE on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically provides notice.

    Bob Mautino
    Attorney for Plaintiff
    bob@mautino.org

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 4, 2008.

                                                s/ Megan Callan
                                                Megan Callan