UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO ENRIQUE GONZALEZ FLORES,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of the U.S. Citizenship and Immigration Services; PAUL PIERRE, District Director of the San Diego District of U.S. Citizenship and Immigration Services; and MICHAEL MUKASEY, Attorney General, U.S. Department of Justice,<br><br>        Defendants. | Case No. 08cv0921-W (RBB)<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION<br><br>[Docket no. 6] |

Having considered the parties' Joint Motion to Continue the Early Neutral Evaluation (Doc. no. 6) and finding the motion meritorious, the Court GRANTS the motion and ORDERS that the Early Neutral Evaluation set for August 11, 2008, at 8:30 a.m. be vacated and hereby continued until September 25, 2008 at 200 p.m. All other prior orders of this Court regarding the Early Neutral Evaluation remain in effect.

It is so ordered.

Dated: August 5, 2008

The Honorable Ruben B. Brooks