**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FLORES v. CHERTOFF                              Case No. 08cv0921 W(RBB)
                                                              **Time Spent:** _

HON. RUBEN B. BROOKS        CT. DEPUTY VICKY LEE                    Rptr. 

                                    Attorneys
              Plaintiffs                    Defendants

Robert Mautino                      Megan Callan

PROCEEDINGS:  _____  In Chambers  _____  In Court  _____  Telephonic

The early neutral evaluation conference on September 25, 2008, at 2:00 p.m.
is vacated and reset for October 1, 2008, at 8:30 a.m.

**All parties and counsel shall be present at the conference in Judge Brooks's
chambers, 940 Front Street, Room 1185.  Parties other than individuals shall
bring a non-lawyer representative with complete authority to enter into a
binding settlement _and_ a claims adjuster, if appropriate.**

DATE:  August 8, 2008        IT IS SO ORDERED:  *Ruben Brooks*
                                                Ruben B. Brooks,
                                                U.S. Magistrate Judge
cc:  Judge Whelan                     INITIALS:  VL (mg/irc)  Deputy
     All Parties of Record