1  KAREN P. HEWITT
   United States Attorney
2  MEGAN CALLAN
   Assistant U.S. Attorney
3  California State Bar No. 230329
   U.S. Attorney's Office
4  880 Front Street, Room 6293
   San Diego, 92101-8893
5  Telephone: (619) 557-7120
   Facsimile: (619) 557-5004
6  E-mail: Megan.Callan@usdoj.gov

7  Attorneys for Defendants

8
                        UNITED STATES DISTRICT COURT
9
                       SOUTHERN DISTRICT OF CALIFORNIA
10

11 GERARDO ENRIQUE GONZALEZ       )   Case No. 08cv0921-W (RBB)
   FLORES,                        )
                                  )
12            Plaintiff,          )   JOINT MOTION TO REMAND TO U.S.C.I.S.
                                  )   FOR ADJUDICATION
13      v.                        )
                                  )
14 MICHAEL CHERTOFF, Secretary of the )
   Department of Homeland Security;  )
15 EMILIO T. GONZALEZ, Director of the )
   U.S. Citizenship and Immigration  )
16 Services; PAUL PIERRE, District   )
   Director of the San Diego District of U.S. )
17 Citizenship and Immigration Services; and )
   MICHAEL MUKASEY, Attorney        )
18 General, U.S. Department of Justice, )
                                  )
19            Defendants.         )
   _____ )

20

21      COME NOW THE PARTIES, Plaintiff Gerardo Enrique Gonzalez Flores, by and through his

22 counsel, Robert A. Mautino, and Michael Chertoff, et al., by and through their counsel, Karen P. Hewitt,

23 United States Attorney, and Megan Callan, Assistant United States Attorney, and hereby jointly move

24 the Court to remand this case to U.S. Citizenship & Immigration Services (USCIS).

25      USCIS informed Plaintiff, through counsel, that it is prepared to adjudicate Plaintiff's pending

26 application for naturalization. Plaintiff agreed to request remand for administrative adjudication in the

27 first instance.

28 //

Based upon the foregoing, the parties hereby jointly request that the Court remand this case to USCIS for administrative adjudication. In the event that USCIS does not adjudicate Plaintiff's application for naturalization within thirty (30) days of the date of the Court's remand order, Defendants do not object to Plaintiff's being given thirty (30) days to amend Plaintiff's Complaint before this Court.

DATED: September 8, 2008

s/ Robert A. Mautino
Attorney for Plaintiff
E-Mail: bob@mautino.org

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Plaintiff and that I have obtained authorization from Robert A. Mautino to affix his electronic signature to this document.

DATED: September 8, 2008

KAREN P. HEWITT
United States Attorney

s/ Megan Callan
MEGAN CALLAN
Assistant U. S. Attorney
E-Mail: Megan.Callan@usdoj.gov

Attorneys for Defendants

```
 1 │ KAREN P. HEWITT
   │ United States Attorney
 2 │ MEGAN CALLAN
   │ Assistant U.S. Attorney
 3 │ California State Bar No. 230329
   │ United States Attorney's Office
 4 │ Federal Office Building
   │ 880 Front Street, Room 6293
 5 │ San Diego, California 92101-8893
   │ Telephone: (619) 557-7120
 6 │ Email: Megan.Callan@usdoj.gov
 7 │ Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO ENRIQUE GONZALEZ FLORES,<br><br>          Plaintiff,<br><br>     v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; et al.,<br><br>          Defendants. | Case No. 08cv0921-W (RBB)<br><br>PROOF OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of: JOINT MOTION TO REMAND TO U.S.C.I.S. FOR ADJUDICATION on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically provides notice.

Bob Mautino
Attorney for Plaintiff
bob@mautino.org

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 8, 2008.

s/ Megan Callan
Megan Callan