FILED
2008 SEP 10 PM 1:32
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO ENRIQUE GONZALEZ FLORES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of the U.S. Citizenship and Immigration Services; PAUL PIERRE, District Director of the San Diego District of U.S. Citizenship and Immigration Services; and MICHAEL MUKASEY, Attorney General, U.S. Department of Justice,<br><br>　　　　Defendants. | Case No. 08cv0921-W (RBB)<br><br>ORDER GRANTING JOINT MOTION TO REMAND TO U.S.C.I.S. FOR ADJUDICATION<br><br>[Docket no. 10] |

　　　Having considered the parties' Joint Motion to Remand to U.S.C.I.S. for Adjudication, and finding the motion meritorious, the Court **GRANTS** the motion (Doc. No. 10) and **ORDERS** that this case is remanded to United States Citizenship & Immigration Services. In the event that Plaintiff's application is not administratively adjudicated within 30 days following the date of this Order, Plaintiff shall have 30 days to amend his Complaint before this Court.

　　　It is so ordered.

**Dated: September 8, 2008**

HON. THOMAS J. WHELAN
United States District Court
Southern District of California